## IN THE UNITED STATES DISTRICT COURT FOR THE
## SOUTHERN DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | |
|---|---|
| KATHY J. LOONEY, | * |
| Plaintiff, | * |
| V. | * CASE NUMBER: |
| PURELY, INC., ANDREW KHONG, individually and in his official capacity; KELLY LOVE, individually and in his official capacity; and THAI LNU, individually and in is official capacity. | * |
| Defendants. | * |

### COMPLAINT

COMES NOW the Plaintiff, KATHY J. LOONEY, by and through her undersigned attorney, and for her Complaint against the above-named Defendants would show the following:

### I. Preliminary Statement

1. This action seeks declaratory, injunctive and equitable relief; compensatory and punitive damages; and costs and attorney fees for gender discrimination suffered by Plaintiff as a result of her employment with Defendant.

### II. Jurisdiction

2. This action arises under the 14th Amendment to the United States Constitution and Title VII, 42U.S.C. '2000e, et seq. and 42 U.S.C. '1983. Plaintiff timely filed a Charge of Discrimination with the Equal Employment Opportunity Commission which investigated and issued a "right to sue" letter on March 29, 2017. Plaintiff has filed this Complaint less than 90 days from the receipt of her Notice of Suit Rights (see attached Exhibit "A").

3. Jurisdiction is invoked pursuant to 28 USC '' 1331 & 1343.

### III. Venue

4.     This action properly lies in the Southern District of Alabama, Southern Division, pursuant to 28 U.S.C. '1391(b) as the claim arose in this judicial district and the Defendants reside in Mobile County, Alabama.

### IV. Parties

5.     Plaintiff, KATHY J. LOONEY, is a female citizen and resident in the United States, who at all times relevant hereto resided in Mobile, Alabama.

6.     Defendant, PURELY, INC., is a corporation organized and existing under the laws of the State of Alabama.

7.     Defendant, ANDREW KHONG, is owner of PURELY, INC., and was acting in his official capacity at all times relevant hereto. Plaintiff brings this action against KHONG in his official and individual capacities.

8.     Defendant, KELLY LOVE, was at all times relevant hereto the acting Vice President of Purely, Inc. and was acting in his official capacity and was Plaintiff's supervisor. Plaintiffs bring this action against LOVE in his official and individual capacities.

9.     Defendant, THAI LNU, was a warehouse technician with Purely, Inc., at all times relevant to this Complaint.

### V. Facts

10.    Plaintiff was employed with PURELY, INC. for approximately two (2) years as an administrative assistant and customer service representative beginning in March 2015.

11.    Plaintiff was sexually harassed by Defendant, THAI LNU, who would rub his penis against her buttocks, grab her waist when he walked by her and committed other unwelcomed advances and touching upon the Plaintiff which shall be shown at trial.

12. On September 2, 2016, while at an office get together, Defendant, THAI LNU, grabbed Plaintiff's buttocks with both of his hands and pulled Plaintiff to his body. Immediately Plaintiff pushed him away and said "No!" very loudly. Mr. LNU raised his hands, snickered and said "Sorry."

13. On September 6, 2016, Plaintiff reported the harassment to Defendant, KELLY LOVE.

14. On September 9, 2016, Defendant, ANDREW KHONG, yelled at Plaintiff and told her to leave, in response to her complaints about the harassment.

15. All of these incidents created a hostile work environment which materially affected the terms and condition of Plaintiff's employment. These conditions also caused Plaintiff severe emotional distress. Further evidence shall be shown at trial.

## VI. Cause of Action

### COUNT I

16. Plaintiff incorporates each and every paragraph above as if fully set out herein.

17. The above described harassment and other improper actions, were visited upon Plaintiff due to her gender and, therefore, violated Title VII of the 1964 Civil Rights Act, and 42 U.S.C. '1983.

18. As a result of Defendants' discriminatory actions, Plaintiff has suffered economic loss, emotional distress, humiliation and embarrassment for which she is entitled to compensatory relief. Plaintiff is also entitled to past and future lost wages, as well as equitable relief.

19. Defendants' discriminatory actions were carried out with malice or reckless

indifference to the Plaintiff's federally protected rights and, accordingly, Plaintiff seeks punitive damages.

### VII. Prayer for Relief

WHEREFORE, Plaintiff, KATHY J. LOONEY, hereby demands judgment against Defendants and would respectfully pray that this Court grant the following relief:

- a. Declare Defendants' conduct to be in violation of Plaintiff's rights;
- b. Award Plaintiff compensatory damages;
- c. Award Plaintiff punitive damages;
- d. Award Plaintiff costs and attorney's fees;
- e. Award Plaintiff any and all other equitable relief to which she is entitled;
- f. Grant such other relief as the Court may deem as just and proper.

**PLAINTIFF RESPECTFULLY DEMANDS TRIAL BY JURY OF ALL CLAIMS ASSERTED HEREIN.**

/s/ Ronald (Chip) Herrington
RONALD (CHIP) HERRINGTON (HERRR8710)
Attorney for Plaintiff

**Ronald (Chip) Herrington**
**Attorney at Law, LLC**
1053 Dauphin St.
Mobile, Alabama 36604
(251) 438-2332
herrington.chip@gmail.com

**DEFENDANT TO BE SERVED VIA CERTIFIED MAIL AS FOLLOWS:**

Purely, Inc.
3766 Halls Mill Rd.
Mobile, AL 36693

Andrew Khong, Owner
Purely, Inc.
3766 Halls Mill Rd.
Mobile, AL 36693

Kelly Love, Vice President
Purely, Inc.
3766 Halls Mill Rd.
Mobile, AL 36693

Thai LNU
Purely, Inc.
3766 Halls Mill Rd.
Mobile, AL 36693

Exhibit A

EEOC Form 161-B (11/16)

## U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

### NOTICE OF RIGHT TO SUE (ISSUED ON REQUEST)

| To: | Kathy J. Looney<br>610 Bishop Lane North<br>Mobile, AL 36608 | From: | Mobile Local Office<br>63 S Royal Street<br>Suite 504<br>Mobile, AL 36602 |
|---|---|---|---|

☐ On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR §1601.7(a))

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 425-2016-01191 | ARLENE A. GORCEY,<br>Investigator | (251) 690-2177 |

(See also the additional information enclosed with this form.)

**NOTICE TO THE PERSON AGGRIEVED:**

**Title VII of the Civil Rights Act of 1964, the Americans with Disabilities Act (ADA), or the Genetic Information Nondiscrimination Act (GINA):** This is your Notice of Right to Sue, issued under Title VII, the ADA or GINA based on the above-numbered charge. It has been issued at your request. Your lawsuit under Title VII, the ADA or GINA must be filed in a federal or state court **WITHIN 90 DAYS** of your receipt of this notice; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

[X] More than 180 days have passed since the filing of this charge.

[ ] Less than 180 days have passed since the filing of this charge, but I have determined that it is unlikely that the EEOC will be able to complete its administrative processing within 180 days from the filing of this charge.

[X] The EEOC is terminating its processing of this charge.

[ ] The EEOC will continue to process this charge.

**Age Discrimination in Employment Act (ADEA):** You may sue under the ADEA at any time from 60 days after the charge was filed until 90 days after you receive notice that we have completed action on the charge. In this regard, the paragraph marked below applies to your case:

[ ] The EEOC is closing your case. Therefore, your lawsuit under the ADEA must be filed in federal or state court **WITHIN 90 DAYS** of your receipt of this Notice. Otherwise, your right to sue based on the above-numbered charge will be lost.

[ ] The EEOC is continuing its handling of your ADEA case. However, if 60 days have passed since the filing of the charge, you may file suit in federal or state court under the ADEA at this time.

**Equal Pay Act (EPA):** You already have the right to sue under the EPA (filing an EEOC charge is not required.) EPA suits must be brought in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.

If you file suit, based on this charge, please send a copy of your court complaint to this office.

On behalf of the Commission

Erika LaCour,
Local Office Director                    3-29-2017 (Date Mailed)

Enclosures(s)

cc:  Simply Aroma LLC dba Purely         Ronald A. Herrington, Esq.
     c/o Thomas Boller, Esq.             1053 Dauphin Street
     150 Government Street               Mobile, AL 36604
     Suite 1001
     Mobile, AL 36602

Enclosure with EEOC
Form 161-B (11/16)

## INFORMATION RELATED TO FILING SUIT
## UNDER THE LAWS ENFORCED BY THE EEOC

*(This information relates to filing suit in Federal or State court <u>under Federal law</u>.
If you also plan to sue claiming violations of State law, please be aware that time limits and other
provisions of State law may be shorter or more limited than those described below.)*

**PRIVATE SUIT RIGHTS** -- **Title VII of the Civil Rights Act, the Americans with Disabilities Act (ADA), the Genetic Information Nondiscrimination Act (GINA), or the Age Discrimination in Employment Act (ADEA):**

In order to pursue this matter further, you must file a lawsuit against the respondent(s) named in the charge <u>within 90 days</u> of the date you *receive* this Notice. Therefore, you should keep a record of this date. Once this 90-day period is over, your right to sue based on the charge referred to in this Notice will be lost. If you intend to consult an attorney, you should do so promptly. Give your attorney a copy of this Notice, and its envelope, and tell him or her the date you received it. Furthermore, in order to avoid any question that you did not act in a timely manner, it is prudent that your suit be filed within 90 days of the date this Notice was *mailed* to you (as indicated where the Notice is signed) or the date of the postmark, if later.

Your lawsuit may be filed in U.S. District Court or a State court of competent jurisdiction. (Usually, the appropriate State court is the general civil trial court.) Whether you file in Federal or State court is a matter for you to decide after talking to your attorney. Filing this Notice is not enough. You must file a "complaint" that contains a short statement of the facts of your case which shows that you are entitled to relief. Courts often require that a copy of your charge must be attached to the complaint you file in court. If so, you should remove your birth date from the charge. Some courts will not accept your complaint where the charge includes a date of birth. Your suit may include any matter alleged in the charge or, to the extent permitted by court decisions, matters like or related to the matters alleged in the charge. Generally, suits are brought in the State where the alleged unlawful practice occurred, but in some cases can be brought where relevant employment records are kept, where the employment would have been, or where the respondent has its main office. If you have simple questions, you usually can get answers from the office of the clerk of the court where you are bringing suit, but do not expect that office to write your complaint or make legal strategy decisions for you.

**PRIVATE SUIT RIGHTS** -- **Equal Pay Act (EPA):**

EPA suits must be filed in court within 2 years (3 years for willful violations) of the alleged EPA underpayment: back pay due for violations that occurred more than <u>2 years (3 years)</u> before you file suit may not be collectible. For example, if you were underpaid under the EPA for work performed from 7/1/08 to 12/1/08, you should file suit <u>before 7/1/10</u> – *not* 12/1/10 -- in order to recover unpaid wages due for July 2008. This time limit for filing an EPA suit is separate from the 90-day filing period under Title VII, the ADA, GINA or the ADEA referred to above. Therefore, if you also plan to sue under Title VII, the ADA, GINA or the ADEA, in addition to suing on the EPA claim, suit must be filed within 90 days of this Notice <u>and</u> within the 2- or 3-year EPA back pay recovery period.

**ATTORNEY REPRESENTATION** -- **Title VII, the ADA or GINA:**

If you cannot afford or have been unable to obtain a lawyer to represent you, the U.S. District Court having jurisdiction in your case may, in limited circumstances, assist you in obtaining a lawyer. Requests for such assistance must be made to the U.S. District Court in the form and manner it requires (you should be prepared to explain in detail your efforts to retain an attorney). Requests should be made well before the end of the 90-day period mentioned above, because such requests do <u>not</u> relieve you of the requirement to bring suit within 90 days.

**ATTORNEY REFERRAL AND EEOC ASSISTANCE** -- **All Statutes:**

You may contact the EEOC representative shown on your Notice if you need help in finding a lawyer or if you have any questions about your legal rights, including advice on which U.S. District Court can hear your case. If you need to inspect or obtain a copy of information in EEOC's file on the charge, please request it promptly in writing and provide your charge number (as shown on your Notice). While EEOC destroys charge files after a certain time, all charge files are kept for at least 6 months after our last action on the case. Therefore, if you file suit and want to review the charge file, please make your review request <u>within 6 months</u> of this Notice. (Before filing suit, any request should be made within the next 90 days.)

*IF YOU FILE SUIT, PLEASE SEND A COPY OF YOUR COURT COMPLAINT TO THIS OFFICE.*